UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER T. EDELBACHER,

    Plaintiff,

    v.

THE CALIFORNIA BOARD OF PAROLE HEARINGS,

    Defendant.

Case No. 17-cv-04783-HSG (PR)

**JUDGMENT**

Pursuant to the order of dismissal, judgment is entered in defendant's favor.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/29/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge